HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BRANDON YATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00077-MJS |
| Plaintiff, | **MOTION FOR RULE 43 WAIVER OF APPEARANCE AT PLEA AND SENTENCING; ORDER THEREON** |
| vs. | |
| BRANDON YATES, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Brandon Yates, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Yates agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Yates were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

On June 15, 2016, the government filed an affidavit of alleged probation violations, alleging that Mr. Yates violated the conditions of his probation by failing to obey all laws, failing to report a new law violation, and failing to provide monthly updates. Mr. Yates is currently serving a state sentence and is in custody in Soledad, California.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2017               */s/ Reed Grantham*
                                     REED GRANTHAM
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     BRANDON YATES

   I consent to the above.

Dated:  January 11, 2017             */s/ Brandon Yates*
                                     BRANDON YATES
                                     Defendant

# O R D E R

GOOD CAUSE APPEARING, the Court grants the Defendant's request for waiver of his personal appearance for all proceedings in this matter, to include his change-of-plea and sentencing in case number 6:14-mj-00077-MJS.

IT IS SO ORDERED.

Dated:   January 11, 2017            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE