Susan St. Vincent
Yosemite Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON OWEN YATES,<br><br>Defendant. | DOCKET NO. 6:14-mj-0077-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Matthew McNease, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for four years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Brandon Owen YATES has failed to obey all laws, failed to notify the Court or legal office of new violations, and has failed to provide monthly updates.

1

As the legal officer, I am aware that Brandon Owen YATES, was charged with being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(c). YATES plead guilty to the charge of being under the influence of alcohol to a degree that may endanger oneself or another person on August 13, 2014, and was sentenced to pay a $250 fine at a rate of $25 per month, obey all laws, report all new violations of the law to the Yosemite Legal Office, and serve twelve months of unsupervised probation. On July 16, 2015, the Yosemite Legal Office filed a Notice of Probation Violation(s) alleging YATES failed to obey all laws and failed to report the new violations. On July 21, 2015, YATES admitted both charges and was sentenced to an additional 14 months of unsupervised probation, the prior conditions were re-imposed, and YATES was ordered to provide monthly updates on his status as well as complete a 52 week domestic violence course. The government alleges YATES has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:   FAILURE TO OBEY ALL LAWS

YATES was ordered to obey all laws. On February 18, 2016, YATES was arrested in Corcoran, CA, for violation of the Health and Safety Code § 11550(a) – being under the influence of a controlled substance. On February 25, 2016, YATES was arrested in Corcoran, CA, for a violation of California Penal Code § 21310 – carry concealed a dirk or dagger. On May 18, 2016, a felony warrant issued for YATES for a charge of California Penal Code § 273.5(a) – corporal injury of a spouse/cohabitant. Also on May 18, 2016, misdemeanor warrants issued for YATES for violations of the Health and Safety Code §§ 11550(a) – under the influence of a controlled substance, and § 11364(a) – possession of unlawful paraphernalia.

CHARGE TWO:   FAILURE TO REPORT NEW VIOLATIONS

YATES was ordered to report any new violations or law enforcement contact to the Court and Legal Office within seven days of the incident. On February 18, 2016, YATES was arrested in Corcoran, CA, for violation of the Health and Safety Code §

11550(a) – being under the influence of a controlled substance. On February 25, 2016, YATES was arrested in Corcoran, CA, for a violation of California Penal Code § 21310 – carry concealed a dirk or dagger. On May 18, 2016, a felony warrant issued for YATES for a charge of California Penal Code § 273.5(a) – corporal injury of a spouse/cohabitant. Also on May 18, 2016, misdemeanor warrants issued for YATES for violations of the Health and Safety Code §§ 11550(a) – under the influence of a controlled substance, and § 11364(a) – possession of unlawful paraphernalia. The Yosemite Legal Office learned of these arrests by running YATES criminal history on June 1, 2016.

CHARGE THREE:  FAILURE TO PROVIDE MONTHLY UPDATES

YATES was ordered to provide monthly updates on his status on or before the 15th of each month. YATES has failed to provide any updates since the condition was ordered.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

6/15/2016
Date

Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/15/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3